UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| **EVERETT A. STILES,**<br><br>     **Plaintiff,**<br><br>*vs.*<br><br>**NANCY A. BERRYHILL, Acting Commissioner of Social Security,**<br><br>     **Defendant.** | **CAUSE NO. 1:15-cv-1642-DKL-SEB** |

## JUDGMENT

Having issued its *Entry* in this Cause, the Court hereby **ORDERS, ADJUDGES, and DECREES** judgment in favor of Plaintiff and against Defendant. The defendant Commissioner's denial of Plaintiff's claim for disability benefits is **REVERSED** and Plaintiff's claim is **REMANDED** to the Commissioner for reconsideration consistent with the explanations and instructions in the Court's *Entry*. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED this date:**  3/17/2017

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Ruth E. Oliver*
Deputy Clerk, U.S. District Court

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.